### 10299. OAKES *v.* STAMPER.

STEPHENS, J. 1. The trial court did not err in overruling the demurrer to the petition or in admitting the evidence objected to.

2. There was some evidence to support the finding of the jury, and the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. Jenkins, P. J., and Smith, J., concur.*

DECIDED DECEMBER 16, 1919.

Certiorari; from Fulton superior court—Judge Pendleton. December 2, 1918.

Mrs. Stamper sued Mr. and Mrs. H. N. Oakes in the municipal court of Atlanta, and obtained a verdict against Mrs. Oakes, the plaintiff in error. The statement of the cause of action, attached to the summons, was headed: "Atlanta, Ga., August 6, 1918. Mr. & Mrs. H. N. Oakes to Mrs. Francis Stamper. To the following goods, belonging to Mrs. Stamper, held by Mr. and Mrs. Oakes:" then followed a list of items, including "1 shade, $1.25," "1 dresser scarf, $1.00," "3 bed sheets, $3.00," and similar items. The demurrer referred to in the decision was based on the grounds that these items were too vague and indefinite, that there was a misjoinder of parties, that it did not appear how the articles were held, and that it did not appear how Mrs. Oakes was liable.

*R. R. Jackson,* for plaintiff in error.